UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                      No.  24-CR-042-LTS

IVAN GARCIA-RODRIGUEZ

       Defendant.

-------------------------------------------------------x

<u>ORDER</u>

The Court has received an email, which will be filed under seal and provided to Defense Counsel in original Spanish and machine-translated English versions, regarding aspects of the attorney-client relationship and communications between Mr. Garcia-Rodriguez and his counsel of record, Mr. Palma.  A change of plea hearing is currently scheduled in this case for Thursday May 28, 2026 at 11:00 AM.  Mr. Palma is hereby directed to discuss the email with Mr. Garcia-Rodriguez promptly, and the Court will hold a conference on **May 28, 2026** at **10:30 AM** to address the email and its implications, if any, for further proceedings in this case.  The on-duty CJA attorney will also be directed to attend on May 28, 2026, at 10:30 AM.

      SO ORDERED.

Dated: New York, New York
       May 21, 2026

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              United States District Judge