UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                   No. 24-CR-042-LTS-2

IVAN GARCIA-RODRIGUEZ,

------------------------------------------------------------X

LAURA TAYLOR SWAIN, CHIEF UNITED STATES DISTRICT JUDGE

## ORDER

       The C.J.A. attorney assigned to this case, Richard Palma, Esq., is hereby ordered substituted, and the C.J.A. representation of the defendant in the above-captioned matter is assigned to Sharon McCarthy, Esq.

Dated: New York, New York
      May 28, 2026

                                      /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge