UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

-v- No. 24-CR-042-LTS

IVAN GARCIA-RODRIGUEZ

Defendant.

-------------------------------------------------------x

ORDER

The sentencing hearing scheduled in this matter is hereby adjourned to November 10, 2026 at 2:30 pm.

SO ORDERED.

Dated: New York, New York
July 24, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge